Matthew J. Langley (SBN 342846)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
Tel: (773) 554-9354
matt@almeidalawgroup.com

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID RAMIREZ, on behalf of himself and all others similarly situated, <br><br> Plaintiff <br><br> v. <br><br> EVERYDAY HEALTH, INC., <br><br> Defendant | Case No. 2:25-cv-10137-RGK-PD <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses any and all claims asserted by Plaintiff David Ramirez against Defendant dismissed without prejudice and without prejudice as to the putative class members' claims. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 8th day of December 2025.

By: */s/ Matthew J. Langley*
Matthew J. Langley
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
Tel: (773) 554-9354
matt@almeidalawgroup.com

*Attorney for Plaintiff*

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Cook, State of Illinois, and not a party to the above-entitled cause. On December 8, 2025, I served a true copy of the Notice of Voluntary Dismissal without Prejudice on all counsel of record via the ECF Filing System:

Executed on December 8, 2025.

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By:  /s/ *Matthew J. Langley*
     Matthew J. Langley
     Attorney for Plaintiff