JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RAMIREZ, on behalf of himself and all others similarly situated, <br><br> Plaintiff <br><br> v. <br><br> EVERYDAY HEALTH, INC., <br><br> Defendant | Case No. 2:25-cv-10137-RGK-PD <br><br> [PROPOSED] ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL <br><br> [12] |

Before the Court is the Parties' Notice for Dismissal. For good case shown, it is ORDERED that:

1. The notice is **APPROVED** and
2. This case is **DISMISSED** in its entirety, with any and all claims asserted by Plaintiff David Ramirez against Defendant dismissed **WITHOUT PREJUDICE** and dismissed **WITHOUT PREJUDICE** as to the putative class members' claims.

**IT IS SO ORDERED.**

DATED: 12/9/2025

*/s/ Gary Klausner*
Honorable R. Gary Klausner
United States District Judge